Brenda L Boudreau
Name
430 E 56th Ave #F
Mailing address
Anchorage AK 99518
City, State, Zip
907 830 7163
Telephone

RECEIVED
JUL 20 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Boudreau, Brenda L,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anchorage Police Department,
Municipality of Anchorage,
Mayor Bronson,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:23-CV-00164-JMK
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Brenda L Boudreau
(print your name)
who presently resides at 430 E 56th Ave F Anchorage AK 99518
(mailing address)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Anchorage Police Department__ is a citizen of
(name)
__Alaska__, and is employed as a __Police Officers__.
(state) (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Municipality of Anchorge__ is a citizen of
(name)
__Alaska__, and is employed as a __Municipality__.
(state) (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Mayor Bronson__ is a citizen of
(name)
__Alaska__, and is employed as a __Mayor__.
(state) (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about January 19, 2023, my civil right to Freedom From Illegal Search & Seizure
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by Anchorage Police Department
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was pulled over for having snow on my license plate and provided APD with my name. No crime. APD proceded to breaking my drivers window, pulling me through glass, cuffing me, male officer frisking me then pulling up my dress exposing my panties in police cruiser headlights while smirking, pulling weapons on my passenger & threatening him and forcing him to walk home then impounding my vehicle & coercing me to sign my release or go to jail. APD surrounded me 3 previous times & threatened me in the time frame of 1 year. They impounded my car in May 2022 causing my homelessness after losing my job. I was charged with Failure to Submit my DNA & was a Pro Se Won a Motion to Dismiss due to the statute not applying to me on 10-31-22 in case #3AN-22-05190

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about January 19, 2023 (Date), my civil right to travel freely (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by Anchorage Police Department (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Pulling me over for having snow on my license plate then breaking my Drivers Window + sexual misconduct + coercion then impounding my truck

Claim 3: On or about ___January 19, 2023___, my civil right to
___Please see attached list___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Anchorage Police Department___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

___Please see attached Letter___

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _80,000_

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to  Cease from future harassment

4. A declaration that I have been illegally charged with traffic tickets And the scofflaw taken off me.

5. Other: Moral damages in the amount of 10,000,000.00

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _____ on _____
                           (Location)                           (Date)

_____
(Plaintiff's Original Signature)

_____   _____
Original Signature of Attorney (if any)            (Date)

_____
_____
_____

Attorney's Address and Telephone Number