enforcing the New Scofflaw Ordinance which allows for the seizure and impound of any vehicle driven by a person owing $1,000 or more in delinquent traffic fines.

Scofflaw / Impound HOT LIST Printed: 7/20/2023 5:00:17 AM

| | Name | DOB | # Of Citations | Fine Amount | | Name | DOB | # Of Citations | Fine Amount |
|---|---|---|---|---|---|---|---|---|---|
| B | BLANCHARD, STEPHEN | 1972 | 1 | $1,195.00 | B | BOZEMAN, KENTON | 986 | 7 | $1,841.04 |
| | BLANCHARD-ISLEY, BRANDI | 1978 | 6 | $1,890.00 | | BRACKHAN, JAMES | 960 | 19 | $7,175.00 |
| | BLANDINO, ANTONIO | 1999 | 23 | $7,529.00 | | BRADFORD, IAN | /1990 | 7 | $1,094.00 |
| | BLASZKO, TRENT | 1998 | 1 | $1,590.00 | | BRADFORD, LEON | 981 | 9 | $2,672.71 |
| | BLATCHFORD, EDWARD | 1983 | 2 | $1,150.00 | | BRADLEY, ELDRIDGE | /1969 | 73 | $8,223.00 |
| | BLAYLOCK, GUY | 984 | 4 | $1,265.00 | | BRADLEY, ELDRIDGE | 988 | 10 | $2,516.46 |
| | BLAYNEY, AMBER | 1991 | 3 | $1,160.00 | | BRADLEY, ELSTASHAWN | 989 | 14 | $2,745.00 |
| | BLEICH, JUSTIN | /1988 | 5 | $1,175.00 | | BRADLEY, KENNETH | 985 | 23 | $6,980.00 |
| | BLEVINS, MATTHEW | 1981 | 5 | $1,355.00 | | BRADLEY, TIMOTHY | /1965 | 6 | $1,525.00 |
| | BLEVINS, WENDELYNN | 2000 | 7 | $2,590.00 | | BRADSHAW, DEANDRE | 1981 | 3 | $1,280.00 |
| | BLEWETT, LOGAN | 1996 | 9 | $1,357.00 | | BRADSHAW, RANDELL | 1965 | 10 | $1,842.63 |
| | BLEZINSKI, YVETTE | 1984 | 11 | $3,259.17 | | BRANCH, ODELL | 979 | 8 | $2,392.00 |
| | BLIVEN, MARK | /1965 | 5 | $1,630.00 | | BRANDIMART, THOMAS | 1957 | 8 | $2,810.00 |
| | BLOMBERGALAM, BINIYAHYA | 1985 | 3 | $1,100.00 | | BRANDIMARTI, HANNAH | 991 | 3 | $2,230.00 |
| | BLOMBURG, DANIEL | 1979 | 3 | $1,250.00 | | BRANDT, MITCHELL | 1991 | 4 | $1,665.00 |
| | BLOODGOOD, ADAM | 1979 | 6 | $1,585.00 | | BRANSON, PETER | /1980 | 11 | $4,550.00 |
| | BLOOFLAT, MARQUARIUS | 992 | 7 | $1,319.00 | | BRANSTETTER, TRACY | 1965 | 4 | $1,630.00 |
| | BLUE, ANNIE | 1992 | 6 | $2,465.00 | | BRANSTETTER, WAYLAND | /1967 | 6 | $2,065.00 |
| | BLUEFORD, BOBBY | 1978 | 19 | $3,245.00 | | BRATCHER, LARRY | 1977 | 15 | $2,180.00 |
| | BLUMHORST, HAILY | 992 | 5 | $1,990.00 | | BRAUNSCHWEIG, CHAD | 1988 | 3 | $1,180.00 |
| | BLYDENBURGH, AMANDA | 1988 | 5 | $1,899.00 | | BRAVO, CINDY | 984 | 17 | $6,050.00 |
| | BOBBY, FELIX | /1992 | 3 | $1,345.00 | | BRAVOYOUNG, SERVANDO | 1989 | 3 | $1,160.00 |
| | BOBO, FUALELEI | 1995 | 4 | $1,435.00 | | BRAXTON, PRINCETON | 1990 | 3 | $1,270.00 |
| | BODFISH, KYLE | 1990 | 2 | $1,460.00 | | BREA, CRISTIAN | 1994 | 3 | $1,290.00 |
| | BODI, BENJAMIN | 1982 | 4 | $1,210.62 | | BREINIG, LUKE | 1991 | 5 | $2,050.00 |
| | BODNER, BRETT | 1966 | 16 | $4,955.00 | | BRENA, SETH | 1989 | 5 | $1,590.00 |
| | BOGERT-PIPKIN, BRIAN | /1992 | 7 | $1,879.00 | | BREUER, DANIEL | 1976 | 3 | $1,250.00 |
| | BOLES, LOUIS | 1962 | 13 | $4,266.00 | | BREW, KEVIN | 1964 | 3 | $1,770.00 |
| | BOLLING, EVAN | /1989 | 3 | $2,164.00 | | BREWER, CHASE | 1982 | 7 | $1,100.00 |
| | BOLTON, AUSTIN | /1993 | 3 | $1,250.00 | | BREWER, JOSHUA | /1982 | 9 | $3,910.00 |
| | BOLTON, CODY | /1986 | 9 | $2,070.00 | | BRIGGS, BENJAMIN | /1968 | 2 | $1,180.00 |
| | BOM, HALA | 1998 | 5 | $1,350.00 | | BRIGHTON, CHRISTOPHER | 987 | 2 | $1,180.00 |
| | BONDY, LLOYD | 1971 | 7 | $2,350.00 | | BRIGMAN, JEFFREY | 1976 | 10 | $2,790.00 |
| | BONHAM, JAMES | 1974 | 6 | $1,450.00 | | BRINKERHOFF, ROSS | 1988 | 4 | $1,435.00 |
| | BONN, AHREN | 002 | 3 | $1,570.00 | | BRINKMAN, MADISON | 000 | 3 | $1,170.00 |
| | BONTY, MARK | 1957 | 9 | $1,483.75 | | BRITO, IRAN | 1976 | 10 | $3,575.00 |
| | BOOKBINDER, JACOB | 1993 | 4 | $1,760.00 | | BRITO, VICTOR | 2000 | 4 | $1,274.00 |
| | BOOKER, KARLY | 2001 | 5 | $1,790.00 | | BRITTAIN, WILLIE | 1986 | 6 | $1,900.00 |
| | BOOKEY, SHANNON | 1980 | 3 | $1,060.00 | | BRITTIAN, ALEX | 1981 | 9 | $3,615.00 |
| | BOOTH, KATHLEEN | 1979 | 7 | $2,380.00 | | BRITTON, ROSCOE | 1958 | 10 | $1,310.00 |
| | BORJA, DANIEL | 963 | 13 | $2,443.00 | | BRITTON, TIFFINEY | 1987 | 5 | $1,725.00 |
| | BORNEMAN, DAVID | 1957 | 5 | $1,475.00 | | BROCK, CHRISTOPHER | /1981 | 7 | $3,170.00 |
| | BORNEMAN, MATTHEW | 983 | 3 | $1,340.00 | | BROCK, KATIE | 983 | 7 | $3,030.00 |
| | BOROVIK, MAKSIM | 993 | 10 | $5,870.00 | | BROCK, LEEANNA | /1988 | 4 | $1,364.75 |
| | BOSDELL, LIEF | 1998 | 8 | $2,935.00 | | BROCKMAN, JOHN | 1966 | 4 | $1,155.00 |
| | BOSTON, THEODORE | /1971 | 7 | $3,130.00 | | BROCKMAN, KAVONTRAE | /1997 | 3 | $1,145.00 |
| | BOUANHUENH, MARQUIS | 1995 | 6 | $2,510.00 | | BROOKINS, ARNE | /1965 | 4 | $1,180.00 |
| | BOUCHER, DARRYL | 1954 | 20 | $7,320.00 | | BROOKINS, CRYSTAL | 1982 | 6 | $2,518.98 |
| | **BOUDREAU, BRENDA** | **/1970** | **7** | **$2,110.00** | | BROOKS, DARIUS | 1999 | 3 | $1,170.00 |
| | BOUNDS, BRADY | 1979 | 10 | $2,832.00 | | BROOKS, ERNEST | 1983 | 6 | $1,780.00 |
| | BOURQUE, REBECCA | 1983 | 4 | $2,040.00 | | BROOKS, GWENDOLYN | /1987 | 10 | $2,980.00 |
| | BOURQUIN, KATHERINE | 1981 | 8 | $3,370.00 | | BROOKS, ROBERT | 1970 | 10 | $3,391.00 |
| | BOWEN, ANTHONY | 969 | 3 | $1,112.00 | | BROOKS, WARREN | /1978 | 6 | $1,452.62 |
| | BOWEN, TODD | 1991 | 5 | $1,133.00 | | BROOKSHIRE, BENJAMIN | /1961 | 3 | $1,490.00 |
| | BOWER, WILLIAM | 1977 | 6 | $2,190.00 | | BROWN, ANNA | /1978 | 3 | $1,145.00 |
| | BOWERS, KALENE | 1997 | 4 | $1,590.00 | | BROWN, ANTONIO | 1987 | 4 | $1,550.00 |
| | BOWIE, JACQ | 1995 | 8 | $1,755.00 | | BROWN, BRYANT | 1966 | 12 | $2,829.35 |
| | BOWLES, IVIE | 2000 | 3 | $1,170.00 | | BROWN, CHARLES | 1965 | 10 | $2,830.00 |
| | BOWMAN, BRANDON | /1983 | 3 | $1,020.00 | | BROWN, CORY | 988 | 4 | $1,330.00 |
| | BOWMAN, LATOYA | 1981 | 3 | $1,470.00 | | BROWN, DON | 1956 | 40 | $5,323.79 |
| | BOYD, ANDRE | 1968 | 11 | $2,925.00 | | BROWN, EDWIN | 1976 | 8 | $2,635.00 |
| | BOYD, GARY | 1977 | 7 | $1,950.00 | | BROWN, ERIC | 1958 | 10 | $2,065.00 |
| | BOYD-BUNCOM, LESA | 1971 | 3 | $1,140.00 | | BROWN, ERNEST | 979 | 4 | $1,900.00 |
| | BOYLE, AMANDA | 1985 | 6 | $1,587.00 | | BROWN, FRANK | 1987 | 3 | $1,360.00 |
| | BOYLES, DAVID | 1971 | 14 | $2,047.30 | | BROWN, GARRETT | 1987 | 4 | $1,615.00 |
| | BOYLES, RICHARD | | | | | BROWN, GEORGE | | 3 | $1,070.00 |
| | BOYLES, WILLIAM | 1980 | 4 | $1,304.00 | | BROWN, HIEDI | 1966 | 6 | $1,470.00 |