IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


RECEIVED
AUG 02 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Boudreau, Brenda L,
Plaintiff/Petitioner,
vs.
Anchorage Police Department,
et al.,
Defendant(s)/Respondent.

Case No. 3:23-CV-00164-JMK

## NOTICE OF CHANGE OF ADDRESS

I, Brenda L Boudreau, have a new address as of the following date: Aug 1, 2023.

My current address is now the following:

5311 Mockingbird Dr Apt 24
Anchorage AK 99507

My current phone number is now: 907-830-7163

Date: Aug 2, 2023

_____
Signature

### Certificate of Service

I hereby certify that a copy of the above Notice to the Court was served upon

_____ by _____ at
(Name of opposing party/counsel, if already served with summons)  (Mail/fax/hand-delivery)

_____ on _____.
(Address)                                        (Date)

_____
(Signature)

PS23 – Notice of Change of Address (4/15)

Case 3:23-cv-00164-JMK   Document 4   Filed 08/02/23   Page 1 of 1