IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

BRENDA L. BOUDREAU, )
Plaintiff, )
v. ) Case No. 3:23-cv-00164-JMK
THE ANCHORAGE POLICE ) DEPARTMENT, et al., )
Defendants. )



RECEIVED

JAN 18 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

*Notice,* TO CHANGE PLAINTIFF'S CONTACT INFORMATION

Plaintiff Brenda L. Boudreau respectfully moves this Court for an order changing her contact information as follows:
Brenda L. Boudreau 4800 W. Clayton Street Wasilla, AK 99623 Phone: 907-206-1921

The above contact information for Plaintiff replaces any prior contact information on file with the Court in this matter.

DATED this 18th day of January, 2024.
/s/ Brenda L. Boudreau Brenda L. Boudreau Plaintiff Pro Se