```
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
BRENDA L. BOUDREAU, )
                    )
Plaintiff,          )
                    )
v.                  ) Case No. 3:23-cv-00164-JMK
                    )
THE ANCHORAGE POLICE )
DEPARTMENT, et al., )
                    )
Defendants.         )
```

FIRST AMENDED COMPLAINT

I. Parties

Plaintiff Brenda L. Boudreau is a resident of Wasilla, Alaska.
Defendant Anchorage Police Department is a department of the Municipality of Anchorage.
Defendant Municipality of Anchorage is a municipal corporation organized under the laws of Alaska.
Defendant Dave Bronson is the Mayor of the Municipality of Anchorage.

II. Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
Venue is proper in this district under 28 U.S.C. § 1391.

III. Facts

On January 19, 2023, in Anchorage, Alaska, Plaintiff was pulled over by APD officers for allegedly having snow covering her license plate. Plaintiff and her passenger repeatedly told the officers that having snow on a license plate is not a crime in Alaska. The officers ordered Plaintiff to exit her vehicle. When she refused, the officers shattered her driver's side window, pulled her through the broken glass, and sexually molested her by exposing her underwear during a highly invasive search, all without justification and in violation of Plaintiff's Fourth Amendment rights. Plaintiff's passenger was held at gunpoint and ordered to leave the scene on foot. Both Plaintiff and her passenger were put in fear. Plaintiff's vehicle was impounded without notice or a hearing pursuant to Anchorage's Scofflaw Ordinance. As a result, Plaintiff lost her transportation and her job.

IV. Claims

Count 1:

The traffic stop, search of Plaintiff's person, seizure and impoundment of Plaintiff's vehicle, and detention of Plaintiff's passenger violated their Fourth Amendment rights against unreasonable searches and seizures.

Count 2:

Impounding Plaintiff's vehicle pursuant to the Scofflaw Ordinance and issuing traffic citations and judgments against Plaintiff without notice or a hearing violated Plaintiff's Fourteenth Amendment right to due process.

Count 3:

The Scofflaw Ordinance violates Plaintiff's constitutionally protected right to travel.

V. Relief Requested

Plaintiff requests:

A. Declaratory judgment;
B. Injunctive relief;
C. Compensatory damages of $10,080,000;
D. Punitive damages;
E. Any other appropriate relief.

VI. Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 18th day of January, 2024.
/s/ Brenda L. Boudreau Brenda L. Boudreau Pro Se Plaintiff