IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

BRENDA L. BOUDREAU, )
Plaintiff, )
v. ) Case No. 3:23-cv-00164-JMK
THE ANCHORAGE POLICE ) DEPARTMENT, et al., )
Defendants. )



MOTION TO SUBMIT VIDEO EVIDENCE

Plaintiff Brenda L. Boudreau respectfully moves this Court for an order permitting her to submit video evidence in support of her claims. The video evidence depicts the traffic stop, search, and seizure of Plaintiff's vehicle on January 19, 2023 as described in the First Amended Complaint. This video evidence is relevant to Plaintiff's claims of constitutional violations.

Plaintiff requests that the Court grant her leave to file and submit the video evidence in this matter.

DATED this 18th day of January, 2024.
/s/ Brenda L. Boudreau Brenda L. Boudreau Plaintiff Pro Se