UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300


RECEIVED FEB 09 2024 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

ALASKAN FRONTIER 995
22 JAN 2024 PM



quadient
FIRST-CLASS MAIL
IMI
$000.63
01/22/2024 ZIP 99513
043M31245980
US POSTAGE

Brenda L Boudreau
4800 W. Clayton Street
Wasilla, AK 99623

NIXIE            995      FE   1             0002/07/24
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
RC: 99513750404        *1623-01554-22-42

Case 3:23-cv-00164-JMK   Document 10   Filed 02/09/24   Page 1 of 4

U.S. District Court

United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 1/19/2024 at 3:28 PM AST and filed on 1/18/2024
**Case Name:**   Boudreau v. Anchorage Police Department et al
**Case Number:**   3:23-cv-00164-JMK
**Filer:**   Brenda L Boudreau
**Document Number:** 7

**Docket Text:**
**NOTICE of Change of Address by Brenda L Boudreau (PXS, COURT STAFF)**

**3:23-cv-00164-JMK Notice has been electronically mailed to:**

**3:23-cv-00164-JMK Notice has been delivered by other means to:**

Brenda L Boudreau
4800 W. Clayton Street
Wasilla, AK 99623

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=1/19/2024] [FileNumber=2528458-0
] [8e795ba01fbd9f06e0a54ed1552e5b114dcd08149e7aba634aa44f8e86c204071c7
783bcc08fb53fd98838b1df193567f6f8211f734873537b23456d43af662b]]

**Complaints and Other Initiating Documents**

[3:23-cv-00164-JMK Boudreau v. Anchorage Police Department et al](#)

U.S. District Court

United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2024 at 3:30 PM AST and filed on 1/18/2024
**Case Name:** Boudreau v. Anchorage Police Department et al
**Case Number:** [3:23-cv-00164-JMK](#)
**Filer:** Brenda L Boudreau
**Document Number:** [8](#)

**Docket Text:**
**FIRST AMENDED COMPLAINT against Anchorage Police Department, Bronson, Municipality of Anchorage, filed by Brenda L Boudreau.(PXS, COURT STAFF)**

**3:23-cv-00164-JMK Notice has been electronically mailed to:**

**3:23-cv-00164-JMK Notice has been delivered by other means to:**

Brenda L Boudreau
4800 W. Clayton Street
Wasilla, AK 99623

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=1/19/2024] [FileNumber=2528461-0
] [aaa3a73c66d54ba2f7ec82eb3274bcf9092eaf0ea83247c3b359e56edc0ea9e1bd5
0279b3b5eb70c83aa904d947abe99122836ad41d87e8cc9272aa1a8985926]]

## Motions

[3:23-cv-00164-JMK Boudreau v. Anchorage Police Department et al](#)

### U.S. District Court

### United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 1/19/2024 at 3:32 PM AST and filed on 1/18/2024
**Case Name:** Boudreau v. Anchorage Police Department et al
**Case Number:** [3:23-cv-00164-JMK](#)
**Filer:** Brenda L Boudreau
**Document Number:** [9](#)

**Docket Text:**
**MOTION to Submit Video Evidence by Brenda L Boudreau.(PXS, COURT STAFF)**

**3:23-cv-00164-JMK Notice has been electronically mailed to:**

**3:23-cv-00164-JMK Notice has been delivered by other means to:**

Brenda L Boudreau
4800 W. Clayton Street
Wasilla, AK 99623

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=1/19/2024] [FileNumber=2528467-0
] [2fabd6bbd921ff529f7342a2bfa45ffd12d026d2a67f161631571988ecf8bffc42b
0c45274457192a879a30f196e28e768b6386d362c476cd90320f65959bccc]]