*Pg 1 OF 3*

## Instructions for Requesting Records

The Alaska Court System cannot research a case over the phone. You may request copies or information from a court case file using the form on page 2 (on the back of this page).

Please complete the entire records request form. It is important that every section be filled out. If information is missing from your request it may take longer to process.

The processing time for a normal request is about two weeks. Large requests, or requests that require research, may take longer to process. Prepayment may be required.

**Confidential Records.** Only parties to a case are allowed to receive copies of confidential case files. If you are requesting confidential records, you must present photo ID to the court clerk when making your request. In addition to cases that have been made confidential by a judge, the following case types are confidential: Adoption, Child in Need of Aid (CINA), Conservatorship, Delinquency, Guardianship, Minor Settlement, and Mental Commitment (Hospitalization).

**Requests should be submitted to the clerk of court where the case was filed.** You may submit your request in person or by mail to the court. A complete list of Alaska Court System contact information is available at: http://courts.alaska.gov/courtdir/index.htm.

Please be aware that if you do not provide a case number, an hourly research fee will be added to your invoice. To find a case number for a case from 1990 to the current date, please visit our website at https://records.courts.alaska.gov.

**Fees**

Fee amounts can also be found in Administrative Rule 9.

| | |
|---|---|
| Research fee | A minimum of one hour will be charged for research performed. |
| Plain copies | Per document charge. |
| Certified copies | Per document charge. Additional copies for a reduced fee. **These documents must be mailed.** |
| Exemplified/Authenticated copies | **These documents must be mailed.** |

For an apostille, please contact the Office of the Lieutenant Governor.

**Please indicate the type of copies you are requesting (plain, certified, exemplified/authenticated). If it is not specified in the request, plain copies will be sent to you.**

**In making your request, you acknowledge that we will charge you for the copies and services you request, and you agree to pay for them.**

Page 1 of 2 *3*
TF-311 (5/21)
INSTRUCTIONS AND REQUEST FOR RECORDS

Case 3:23-cv-00164-SLG     Document 13-1     Filed 08/29/24     Page 1 of 3

Pg 2 of 3

# Alaska Court System

Find court contact information at http://courts.alaska.gov/courtdir/index.htm.
Find case numbers and other case information at https://records.courts.alaska.gov.

## Records Request

Requestor's Name: _Brenda L Boudreau_

Requestor's Agency: _____

Phone Number: _907 207 9382_ Fax Number: _____

E-Mail Address: _boudreau.brenda.88@gmail.com_

Mailing Address: _4800 W Clayton St. Wasilla AK 99623_

Case Name: _____

Case Number: _3AN-23-003469/03470/03471 MO_

Send documents to me by: ☒ E-Mail ☐ US Mail ☐ Fax ☐ I will pick up (will call)

Make sure to give us the case number or you will be charged an hourly research fee to find it. You can find the case number yourself by searching our website at: https://records.courts.alaska.gov.

---

**DOCUMENTS NEEDED FROM CASE FILE -** _Please see attached —_

☒ Petition, Complaint, Charging Documents ☒ Judgment

☐ Decree: Dissolution/Divorce ☒ Findings of Fact and Conclusions of Law

☐ Qualified Domestic Relations Order (QDRO) ☒ Dismissal

☐ Satisfaction of Judgment ☒ Log Notes Dated: _See attached_

☐ Motion: _____

☐ Order: _____

☐ Other: _Please See attached —_

---

**FEES** –You acknowledge that we will charge you for the copies and services you request, and you agree to pay for them. For more information about fees, see page 1. Please select the type of copies or service requested below. Plain copies will be sent if you do not specify.

☒ Plain copies ☐ Certified copies ☐ Exemplified/Authenticated copies ☐ Research

**PAYMENT METHOD** – Select your method of payment below. If you select online payment, we will e-mail an invoice with instructions to the e-mail address above.

☒ Online (credit) ☐ Mail (check, money order) ☐ In Person (cash, check, money order, credit)

---

**COMPLETE THIS SECTION IF REQUESTING CONFIDENTIAL RECORDS** - For more information about confidential records, see page 1. Bring a photo ID and sign below in the presence of a clerk of court, notary public, or other authorized individual.

I state on oath or affirm that I read this document and believe all statements in it are true.

_1-28-23_
Date

_____
Requestor's Signature

Subscribed and sworn to or affirmed before me at _____, Alaska on _____

(SEAL)

Clerk of Court, Notary Public, or other person authorized to administer oaths. My commission expires_____

| Court Use Only | Date Received: _____ | Amount Due: _____ |
|---|---|---|
| Court Receipt: _____ | Received By: _____ | Processed on: _____ |

Page 2 of 3
TF-311 (5/21)
INSTRUCTIONS AND REQUEST FOR RECORDS

Case 3:23-cv-00164-SLG    Document 13-1    Filed 08/29/24    Page 2 of 3



**Records request**
1 message

Brenda Boudreau <boudreau.brenda88@gmail.com>                    Wed, Aug 28, 2024 at 3:35 AM
To: Brenda Boudreau <boudreau.brenda88@gmail.com>

Pursuant to Alaska's Public Records Act, AS 40.25.100, I respectfully request copies of the following records:

All court records related to the 3 traffic violations charged against me, Brenda L Boudreau as follows:

#1) **3AN-23-03469MO** Obscured Tinted/Dirty License Plates

Citation #: A3974329.    Date: 2/19/2023

Filed: 4/18/2023        Date of Disposition: 4/27/2023

#2) **3AN-23-03470MO** Driving without Proof of Insurance

Citation #: A3974330.    Date: 2/19/2023

Filed: 4/18/2023        Date of Disposition: 4/27/2023

#3) **3AN-23-03471MO** Failure to Obey

Citation #: A3974331.    Date: 2/19/2023

Filed: 4/18/2023        Date of Disposition: 4/27/2023

_____

All records related to the 3 case numbers but not limited to:

A) The judgment or decision documents

B) Any evidence presented in the case.

C) Court recordings from the Arraignment dated April 10, 2023 where the State dismissed all charging documents

D) Police Records

-All police reports relevant to the traffic violations

- Any misconduct by the police.-

- Any Internal affairs records or complaints if any

D) Video/Audio Recordings
 - Any and all video/audio recordings from police body cams, dash cams, or any other recordings captured during the incident

 E) Judgments and any evidence presented

I intend to use these records in a federal court case I filed against the Anchorage Police Department and the Municipality of Anchorage.

Sincerely,

Brenda L Boudreau, 4800 W Clayton St Wasilla AK 99623

Case 3:23-cv-00164-SLG    Document 13-1    Filed 08/29/24    Page 3 of 3