# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

**BRENDA L BOUDREAU,**

        Plaintiff,

    v.

**MUNICIPALITY OF ANCHORAGE,** *et al.,*

        Defendants.

RECEIVED

DEC 23 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**Case No. 3:23-cv-00164-SLG**

## MOTION FOR SUBPOENA DUCES TECUM

COMES NOW the Plaintiff, Brenda L. Boudreau, proceeding pro se, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 45, for issuance of a subpoena duces tecum directed to the Anchorage Police Department. In support of this motion, Plaintiff states as follows:

1. The requested materials are necessary and relevant to the above-captioned federal civil rights case.

2. The materials sought relate to three specific incidents documented under Anchorage Police Department case numbers:

    a. 3AN-23-03469 MO - Obscured Tinted Dirty License Plates Citation A3974329 Date: 2/19/2023 Filed 4/18/2023

Case No. 3:23-cv-00164-SLG, *Boudreau v. Municipality of Anchorage, et al.*
Motion for Subpoena Duces Tecum
Case 3:23-cv-00164-SLG    Document 16    Filed 12/23/24    Page 1 of 3

b. 3AN-23-03470 MO - Driving w/o Proof of Insurance
   Citation A3974330 Date 2/19/2023 Filed 4/18/2023

c. 3AN-23-03471 MO - Failure to Obey
   Citation A3474331 Date 2/19/2023 Filed 4/18/2023

3. Plaintiff specifically seeks the following materials:

   a. The names and badge numbers of all Anchorage Police Department officers involved in the above-referenced incidents;

   b. All dash camera footage related to these incidents;

   c. All body-worn camera footage related to these incidents;

   d. Any other audio or video recordings in the possession of the Anchorage Police Department related to these incidents;

   e. Any other recorded evidence pertaining to these cases.

4. The requested materials are in the possession, custody, or control of the Anchorage Police Department.

5. These materials are essential to the proper presentation of Plaintiff's federal civil rights case and cannot be obtained through other means.

6. The production of these materials is necessary for the fair adjudication of Plaintiff's claims before this Court.

Case No. 3:23-cv-00164-SLG, *Boudreau v. Municipality of Anchorage, et al.*
Motion for Subpoena Duces Tecum
Case 3:23-cv-00164-SLG    Document 16    Filed 12/23/24    Page 2 of 3

WHEREFORE, Plaintiff respectfully requests that this Court issue a subpoena duces tecum directing the Anchorage Police Department to produce the above-requested materials within 14 days of service of the subpoena.

Respectfully submitted this 5th day of December 2024 at Anchorage, Alaska.

Brenda L. Boudreau, Pro Se
% Mark Blackford
10167 Nantucket Loop
Anchorage, AK 99507
907-351-5581
Alaskabreezellc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing Motion for Subpoena Duces Tecum with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record. For any counsel not registered with CM/ECF, I certify that I have served a true and correct copy via First Class U.S. Mail, postage prepaid.

DATED this 5th day of December 2024, at Anchorage, Alaska.

Brenda L Boudreau, Pro Se

Case No. 3:23-cv-00164-SLG, *Boudreau v. Municipality of Anchorage, et al.*
Motion for Subpoena Duces Tecum
Case 3:23-cv-00164-SLG   Document 16   Filed 12/23/24   Page 3 of 3