Gmail                                   **Brenda Boudreau <boudreau.brenda88@gmail.com>**

---

## Records Official Request
1 message

---

**Brenda Boudreau <boudreau.brenda88@gmail.com>**                    Wed, Aug 28, 2024 at 3:24 AM
To: Brenda Boudreau <boudreau.brenda88@gmail.com>

   Pursuant to Alaska's Public Records Act, AS 40.25.100, I
respectfully request copies of the following records:

   All court records related to the 3 traffic violations charged
against me, Brenda L Boudreau as follows:

#1) 3AN-23-03469MO Obscured Tinted/Dirty License Plates

Citation #: A3974329.    Date: 2/19/2023

Filed: 4/18/2023         Date of Disposition: 4/27/2023


#2) 3AN-23-03470MO  Driving without Proof of Insurance

Citation #: A3974330.    Date: 2/19/2023

Filed: 4/18/2023         Date of Disposition: 4/27/2023


#3) 3AN-23-03471MO Failure to Obey

Citation #: A3974331.    Date: 2/19/2023

Filed: 4/18/2023         Date of Disposition: 4/27/2023


All records related but not limited to:

A)  The judgment or decision documents

B)  Any evidence presented in the case.

C) Court recordings from the Arraignment dated April 10,
2023 where the State dismissed all charging documents

D) Police Records

-All police reports relevant to the traffic violations

- Any misconduct by the police.-

- Any Internal affairs records or complaints if any

D) Video/Audio Recordings
   - Any and all video/audio recordings from police body

cams, dash cams, or any other recordings captured during
the incident

    E) Judgments and any evidence presented

I intend to use these records in a federal court case I filed
against the Anchorage Police Department and the
Municipality of Anchorage.

    Thank you for your assistance in this matter.

Sincerely,

Brenda L Boudreau

4800 W Clayton St

Wasilla AK 99623

907-207-9382

Email: boudreau.brenda88@gmail.com

```
```

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

PRINTOUT OF ELECTRONIC JUDGMENT
Electronic Record is Official Judgment. Minor Offense Rule 20
To pay your fine go to https://records.courts.alaska.gov

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974331
**Court Case Number:** 3AN-23-03471MO

**Defendant Information:**
DOB:          '1970
APSIN: 6382770
DLN: 6382770 State: AK

**Disposed Charges**

Charge #1: AMC9.48.080: Traffic Citations-Failure to Obey
Date of Offense: 02/19/2023
Disposition: 04/27/2023   Default Judgment (ELC Process Only)

**Judgment:**

Defendant failed to respond or appear.  Judgment is entered pursuant to Minor Offense Rules 9 & 10 as follows:
Fine in the amount of the bail forfeiture or fine schedule amount or maximum penalty, whichever is applicable.
Surcharge: A police training surcharge required by AS 12.55.039, if the fine is $30 or more.
Court costs of $35.
Collections costs of $35 if the judgment is transferred for collection.
Forfeiture:  All items listed on the citation which are authorized by statute or ordinance to be forfeited are ordered forfeited.

For all other orders, refer to  the official judgment.  In a minor offense case, the official judgment is the electronic record in the case management system. Minor Offense Rule 20(a).

**Brenda Lynn Boudreau**
**524 EYAK DR**
**Anchorage, AK 99501**

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974331
**Court Case Number:** 3AN-23-03471MO
**Defendant Information:**
DOB:          /1970
APSIN: 6382770
DLN: 6382770  State: AK

| Costs Imposed: | | Original Amount | Suspended/ Dismissed Amount | Due Date |
|---|---|---|---|---|
| | Default Judgment Court Costs--(MO 10(e)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| | Default Judgment Collection Costs — (MO 10(f)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Fine | $250.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Police Training Surcharge | $20.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |

 Gmail                                    **Brenda Boudreau <boudreau.brenda88@gmail.com>**

---

## 3AN-23-03469MO + 2 cases BRENDA BOUDREAU

---

**Brenda Boudreau <boudreau.brenda88@gmail.com>**                     Wed, Sep 4, 2024 at 1:37 AM
To: Leo Scheben <lscheben@akcourts.gov>

The PROBLEM is that you have NO RECORDS of the actual ARRAIGNMENT from these citations where the State of
Alaska DENIED THESE CHARGING DOCUMENTS. THATS A HUGE PROBLEM!
[Quoted text hidden]

---

**17 attachments**

**Screenshot_20240830-150406~2.png**
120K

**Screenshot_20240830-150358~2.png**
152K

**Screenshot_20240830-150348~2.png**
188K



**Screenshot_20240830-150338~2.png**
172K

**Screenshot_20240830-150323~2.png**
168K

**Screenshot_20240830-150330~3.png**
232K

**Screenshot_20240830-150315~2.png**
283K

**Screenshot_20240830-150240~2.png**
147K



**Screenshot_20240830-150305~2.png**
283K

**Screenshot_20240830-150252~2.png**
187K



**IMG_20240828_035358705.jpg**
3032K



**IMG_20240828_035411378.jpg**
3272K

**IMG_20240828_035425996.jpg**
2696K



**Boudreau, Brenda.docx**
67K

**3AN-23-03471MO  Boudreau.pdf**
37K

**3AN-23-03470MO  Boudreau.pdf**
37K

**3AN-23-03469MO BOUDREAU.pdf**
37K

 Gmail                                    **Brenda Boudreau <boudreau.brenda88@gmail.com>**

---

## 3AN-23-03469MO + 2 cases BRENDA BOUDREAU

---

**Leo Scheben** <lscheben@akcourts.gov>                                    Thu, Aug 29, 2024 at 8:21 AM
To: Brenda Boudreau <boudreau.brenda88@gmail.com>

The minor offense citations/tickets were filed with the Court as an "ecite" (electronic citation). Thus, all we have at the Court, records-wise, is the electronic judgments I have previously sent you (also attached again as a reference), and the audio of any traffic/minor offense (MO) hearing that was held.

We don't have any video, or, *"...the police records of this traffic stop in it's entirety. Including audio and visual" (from your email)*. You would have to contact the police department for those types of records. But we can get you audio of the hearing(s).

Below is the information on how to request audio of the hearing(s). That should provide some of the additional information you are seeking.

**Audio Recording Request Forms:**
Anchorage, Saint Paul Island, and Sand Point: TF-304 ANCH **(link below):**

https://public.courts.alaska.gov/web/forms/docs/tf-304anc.pdf

Above is the link to our Audio Request Form TF-304 ANCH. You will have to fill out this form and submit it to the email records request in-take address on top of the form. **Do not email your request audio directly back to me.** It needs to be process via the email address on top of the form.

[Quoted text hidden]

---

**7 attachments**



**IMG_20240828_035358705.jpg**
3032K



**IMG_20240828_035411378.jpg**
3272K



**IMG_20240828_035425996.jpg**
2696K

**Boudreau, Brenda.docx**
67K

**3AN-23-03471MO  Boudreau.pdf**
37K

**3AN-23-03470MO  Boudreau.pdf**
37K

**3AN-23-03469MO BOUDREAU.pdf**
37K

 Gmail         **Brenda Boudreau <boudreau.brenda88@gmail.com>**

---

## 3AN-23-03469MO + 2 cases BRENDA BOUDREAU

---

**Brenda Boudreau <boudreau.brenda88@gmail.com>**         Thu, Aug 29, 2024 at 4:03 AM
To: Leo Scheben <lscheben@akcourts.gov>

I am requesting the police records of this traffic stop in it's entirety. Including audio and visual and then the arraignment on April 10, 2023. The State of Alaska DENIED these 3 charging documents clearly stating I committed no crime and dismissed these charges.

Where are the entire records from this traffic stop? How do I get a copy of all police records???

[Quoted text hidden]

 Gmail

**Brenda Boudreau <boudreau.brenda88@gmail.com>**

---

## 3AN-23-03469MO + 2 cases BRENDA BOUDREAU

---

**Leo Scheben** <lscheben@akcourts.gov>                              Tue, Sep 3, 2024 at 8:22 AM
To: Brenda Boudreau <boudreau.brenda88@gmail.com>

I am confused by the your response below?  I work in the Records Department at the State of Alaska Court System, and role is just to provide you the records, that the Court would have, that you requested (which I did provide, attached again in this email).  I also informed you of who you may need to contact for the other items you requested on your TF-311 ANCH Records Request Form (and in your emailed responses).

I am not involved in any way with your Minor Offense Traffic cases.  I am not the person to notify about any legal issues you are having.  I also don't work for the Federal Court, so wouldn't notify me about any Federal Lawsuits you may be involved.  I did not read your "Lawsuit" attachments.  It's not my role to read it.  I wouldn't know anything about it?

You can always seek legal advice for any Federal, State, or Local cases you are involved in.

Have a Good Day,

[Quoted text hidden]

---

### 17 attachments

**Screenshot_20240830-150406~2.png**
120K

**Screenshot_20240830-150358~2.png**
152K



**Screenshot_20240830-150348~2.png**
188K

**Screenshot_20240830-150338~2.png**
172K

**Screenshot_20240830-150323~2.png**
168K

**Screenshot_20240830-150330~3.png**
232K

**Screenshot_20240830-150315~2.png**
283K



**Screenshot_20240830-150240~2.png**
147K

**Screenshot_20240830-150305~2.png**
283K

**Screenshot_20240830-150252~2.png**
187K



**IMG_20240828_035358705.jpg**
3032K



**IMG_20240828_035411378.jpg**
3272K



**IMG_20240828_035425996.jpg**
2696K

**Boudreau, Brenda.docx**
67K

**3AN-23-03471MO  Boudreau.pdf**
37K

**3AN-23-03470MO  Boudreau.pdf**
37K

**3AN-23-03469MO BOUDREAU.pdf**
37K

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

PRINTOUT OF ELECTRONIC JUDGMENT
Electronic Record is Official Judgment. Minor Offense Rule 20
To pay your fine go to https://records.courts.alaska.gov

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974329
**Court Case Number:** 3AN-23-03469MO
**Defendant Information:**
DOB:      ⅟1970
APSIN: 6382770
DLN: 6382770 State: AK

**Disposed Charges**

Charge #1: AMC9.52.040: Obscured, Tinted/Dirty License Plates (Correctable)
Date of Offense: 02/19/2023
Disposition: 04/27/2023   Default Judgment (ELC Process Only)

**Judgment:**

Defendant failed to respond or appear.  Judgment is entered pursuant to Minor Offense Rules
9 & 10 as follows:
Fine in the amount of the bail forfeiture or fine schedule amount or maximum penalty,
whichever is applicable.
Surcharge: A police training surcharge required by AS 12.55.039, if the fine is $30 or more.
Court costs of $35.
Collections costs of $35 if the judgment is transferred for collection.
Forfeiture:  All items listed on the citation which are authorized by statute or ordinance to be
forfeited are ordered forfeited.

For all other orders, refer to  the official judgment.  In a minor offense case, the official
judgment is the electronic record in the case management system. Minor Offense Rule 20(a).

**Brenda Lynn Boudreau**
**524 EYAK DR**
**Anchorage, AK 99501**

Page 1 of 2

JUDGMENT CONTINUED

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974329
**Court Case Number:** 3AN-23-03469MO
**Defendant Information:**
DOB: : . /1970
APSIN: 6382770
DLN: 6382770 State: AK

| Costs Imposed: | | Original Amount | Suspended/ Dismissed Amount | Due Date |
|---|---|---|---|---|
| | Default Judgment Court Costs--(MO 10(e)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| | Default Judgment Collection Costs -- (MO 10(f)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Police Training Surcharge | $20.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Fine | $100.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

PRINTOUT OF ELECTRONIC JUDGMENT
Electronic Record is Official Judgment. Minor Offense Rule 20
To pay your fine go to https://records.courts.alaska.gov

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974329
**Court Case Number:** 3AN-23-03469MO
**Defendant Information:**
DOB: __, __/1970
APSIN: 6382770
DLN: 6382770  State: AK

**Disposed Charges**

Charge #1: AMC9.52.040: Obscured, Tinted/Dirty License Plates (Correctable)
Date of Offense: 02/19/2023
Disposition: 04/27/2023   Default Judgment (ELC Process Only)

**Judgment:**

Defendant failed to respond or appear.  Judgment is entered pursuant to Minor Offense Rules
9 & 10 as follows:
Fine in the amount of the bail forfeiture or fine schedule amount or maximum penalty,
whichever is applicable.
Surcharge: A police training surcharge required by AS 12.55.039, if the fine is $30 or more.
Court costs of $35.
Collections costs of $35 if the judgment is transferred for collection.
Forfeiture:  All items listed on the citation which are authorized by statute or ordinance to be
forfeited are ordered forfeited.

For all other orders, refer to  the official judgment.  In a minor offense case, the official
judgment is the electronic record in the case management system. Minor Offense Rule 20(a).

**Brenda Lynn Boudreau**
**524 EYAK DR**
**Anchorage, AK 99501**

Page 1 of 2

JUDGMENT CONTINUED

**Municipality of Anchorage vs. Boudreau, Brenda Lynn**
Citation Number: A3974329
**Court Case Number:** 3AN-23-03469MO
**Defendant Information:**
DOB:      /1970
APSIN: 6382770
DLN: 6382770  State: AK

| Costs Imposed: | | Original Amount | Suspended/ Dismissed Amount | Due Date |
|---|---|---|---|---|
| | Default Judgment Court Costs--(MO 10(e)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| | Default Judgment Collection Costs -- (MO 10(f)) | $35.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Police Training Surcharge | $20.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |
| Charge #1 | Fine | $100.00 | $0.00 | 04/27/2023 |
| | Costs have been transferred to collection office. | | | |

**RECORDS DIVISION**
Brett Uher, Supervisor
Kevin Kackman, Asst. Supervisor

NESBETT COURTHOUSE

Phone (907) 264-0491

Date: **08-28-24**



*Trial Courts*

*State of Alaska*

To: Boudreau, Brenda
Case Number: 3AN-23-03469MO + 2 additional cases
☒ Enclosed are the copies you requested
☒ The amount owed for your request is **$15.00** Please mail a copy of this invoice together with a check or money order made payable to Clerk of Court to the address above, or see page 2 for online payment instructions via credit card.

☐ Based on the information you provided, we are unable to locate:
   ☐ the documents you requested   ☐ any cases involving the subject(s)
☐ The Anchorage Trial Courts does not have the documents you are requesting. To obtain these documents, please contact:

☐

The mission of the Alaska Court System is to provide an accessible and impartial forum for the just resolution of all cases that come before it, and to decide such cases in accordance with the law, expeditiously and with integrity.

**Page 1 of 2**

**RECORDS DIVISION**
Brett Uher, Supervisor
Kevin Kackman, Asst. Supervisor

NESBETT COURTHOUSE

Phone (907) 264-0491
Fax (907) 264-0873



*Trial Courts*

# Instructions for online payment

1. Go to our main website at www.courts.alaska.gov

2. Click on the "Pay Online" button, located near the center of the page.

3. Click on the link "Search Cases".

4. In the "Case Number" field enter the following numbers with no spaces:

   **3AN-24-06040CCEPAY**

5. The online invoice should appear on the next page. Click on the "Pay" button.

6. Enter the required information and click "Next".

7. Fill in the required payment information and click "Finish".

Page 2 of 2