| | |
|---|---|
| MUNICIPALITY OF ANCHORAGE,<br><br>              Plaintiff,<br><br>vs.<br><br>BRENDA LYNN BOUDREAU<br>524 Eyak St Apt 5<br>Anchorage, AK<br><br>DOB: 10/18/1970<br><br>              Defendant. | Case No. 3AN-23-1329 CR |

## NOTICE OF DECLINE AND EXPEDITED REQUEST TO VACATE CONDITIONS OF RELEASE

### VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of a crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The Municipality of Anchorage hereby provides notice that the above case is being declined for prosecution and requests that bail conditions and any future hearing(s) be vacated. The Municipality further informs the court that notice was provided to the victim, and the Municipality sent notice to the defendant by mail at the last reported address.

DATED at Anchorage, Alaska the 7th day of April, 2023.

                      MUNICIPALITY OF ANCHORAGE
                      Acting, Anne Helzer
                      Municipal Attorney

By _/s/ signature_
            Monica Elkinton
            Acting Municipal Prosecutor
            Alaska Bar Number 0612105