# ORDER AND CONDITIONS – RELEASE PER SCHEDULE
*(Use form CR-765 for release per judge order.)*

Plaintiff: ☐ State of Alaska ☒ Municipality Of Anchorage
Defendant: BRENDA LYNN BOUDREAU
DOB: 10/18/1970   DL/ID: 6382770   State: AK   ☐ CDL   ☐ Veteran
APSIN: 6382770   ATN: 118821816   Case No: 23-5631
Offenses Charged: 8.30.010 (A)(6) - Resisting or interfering with peace officer.

## Order and Conditions of Release

**To Defendant:** IT IS ORDERED that you are released on your own recognizance, pursuant to the *Amended Second Temporary Presiding Judges' Administrative Order Establishing a Statewide Bail Schedule*. Your release is subject to the conditions below, which are effective immediately:

1. You must obey all court orders and all federal, state, and local laws.
2. You must appear in court when ordered.
3. If you are represented by a lawyer, you must stay in contact with your lawyer.
4. If you are represented by a lawyer, you must notify your lawyer within 24 hours if you change your mailing address, telephone number, and/or email address.
5. If you are not represented by a lawyer, you must notify the prosecutor and the court within 24 hours if you change your mailing address, telephone number, and/or email address.
6. You must not contact any alleged victim directly or indirectly.
7. ☐ If this box is checked, you must not consume or possess alcohol.
8. This order does not change or end any other court orders. If you have other open criminal cases, you must continue to follow the most recent court-ordered conditions of release in those cases.

## Next Court Appearance

You must appear in court for the hearing below and at all other times ordered by the court:
Date: 04/10/2023   Time: 0900
Location: Call-in: 1-888-788-0099, Meeting ID: 993 243 9196

## Defendant's Agreement and Contact Information

I promise to obey all the conditions of release above. If I fail to do so, I may have my release revoked, I may be arrested, and I may be charged with additional crimes for violating this order. I promise to keep the court notified of my current address.

02/19/2023
Date                                              Signature of Defendant

Defendant's Mailing Address: 542 Eyak Dr APT5, Anchorage, AK 99501
Physical Address: _____
Home Phone: _____   Cell Phone: 907-416-0366   Work Phone: _____
Employer _____   Email breealaska@yahoo.com

## Officer's Acknowledgement

*[If you suspect that the defendant was under the influence of alcohol at time of arrest, check box #8 above.]*
Booking Number _____                    ☐ Defendant fingerprinted
I certify that I delivered this *Release* to the defendant named above on (date) 02/19/2023 .
02/19/2023         0113
Date              Time         Peace Officer or DOC Officer Signature
Anchorage Police Department         C Hall
Arresting Agency/Correctional Facility   Print Name

Distribution by Officer: 1) original to court; 2) copy to defendant; 3) copy for jail
Distribution by Court: Copy to DA on _____ by Clerk: