Linda J. Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA BOUDREAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:23-cv-00164-SLG |

### [Proposed] Order Granting
### Motion to Dismiss the Municipality

The Court having considered the Motion to Dismiss the Municipality and any response thereto, and being advised in all respects, herby GRANTS the Municipality's Motion to Dismiss, dismissing Count III and Count IV, and two requests for damages.

DATED: _____        _____
                                   Sharon L. Gleason
                                   United States District Judge

Certificate of Service
The undersigned hereby certifies that on 2/14/25, a
true and correct copy of the foregoing was served on:

Brenda Boudreau
4800 W. Clayton St
Wasilla, AK 99623
boudreau.brenda88@gmail.com

by first class regular mail/email, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

Linda Johnson
Municipal Attorney's Office

Proposed Order Granting Municipality's Motion to Dismiss
*Boudreau, Brenda v MOA - APD*; Case No. 3:23-cv-00164-SLG
Page 2 of 2