Linda J. Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BRENDA BOUDREAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:23-cv-00164-SLG |

## REQUEST FOR JURY TRIAL

The Municipal Attorney's Office hereby requests a trial by jury in the above-entitled matter on all issues so triable.

Respectfully submitted this 24th day of February, 2025.

                                          EVA R. GARDNER
                                          Municipal Attorney

                                        By: *s/ Linda Johnson*
                                              Assistant Municipal Attorney
                                              Alaska Bar No. 8911070

Certificate of Service
The undersigned hereby certifies that on 02/24/2025, a
true and correct copy of the foregoing was served on:

Brenda Boudreau
4800 W. Clayton St
Wasilla, AK 99623
boudreau.brenda88@gmail.com


by first class regular mail/email, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

/s *Marie Stafford*
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Request for Jury Trial
*Boudreau, Brenda v MOA - APD*; Case No. 3:23-cv-00164-SLG
Page 2 of 2