IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
MAR 12 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Brenda L Boudreau

    Plaintiff,

V.

MUNICIPALITY OF ANCHORAGE, TYLER HALL, KADEN POHL, MARVIN E. WEINRICK JR., DUSTIN BOYNTON,

    Defendants.

Case No. 3:23-cv-00164-SLG

## MOTION TO SUBSTITUTE JOHN DOES FOR NAMED DEFENDANTS

COMES NOW the Plaintiff, Brenda L. Boudreau, proceeding pro se, and respectfully moves this Honorable Court for an order substituting the names of the following Anchorage Police Department officers for John Does 1-4 previously named in this action:

1. Tyler Hall in place of John Doe 1

2. Kaden Pohl in place of John Doe 2

3. Marvin E. Weinrick Jr. in place of John Doe 3

4. Dustin Boynton in place of John Doe 4

MEMORANDUM IN SUPPORT

1. In Plaintiff's previous complaints, she was unable to identify by name the Anchorage Police Department officers involved in the incident of February 19, 2023, and therefore named them as John Does 1-4.

Page 1 Of 3
*Case No. 3:23-cv-00164-SLG*, *Boudreau v. Municipality of Anchorage, et al.*
Motion to Replace John Doe Names , Dated: March 12, 2025

Case 3:23-cv-00164-SLG     Document 33     Filed 03/12/25     Page 1 of 3

2. Through public records requests and further investigation, Plaintiff has now identified the officers as Tyler Hall, Kaden Pohl, Marvin E. Weinrick Jr., and Dustin Boynton.

3. The Anchorage Police Department's Computer-Aided Dispatch (CAD) report received on February 23, 2025, confirmed the identities of these officers as the individuals involved in the unconstitutional traffic stop, detention, and search.

4. Federal Rule of Civil Procedure 15 allows for amendment of pleadings to substitute properly named parties for fictitious "John Doe" defendants once their identities are known.

5. This substitution is necessary for proper service of process and to ensure that the individually named defendants have proper notice of the claims against them.

6. The substitution of these named defendants will not prejudice any party as the factual allegations and legal claims remain substantially the same, with the only change being the identification of the previously unnamed officers.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion and issue an order substituting Tyler Hall, Kaden Pohl, Marvin E. Weinrick Jr., and Dustin Boynton for John Does 1-4 in all pleadings and court records related to this case.

Respectfully submitted this 12 day of March, 2025.

_____
Brenda L. Boudreau

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing _____ was served on:

Joseph Forrest Busa
Municipality of Anchorage
632 W 6th Avenue, Suite 730
Anchorage, AK 99501
907-343-4357
Email: joseph.busa@anchorageak.gov

Page 2 Of 3
*Case No. 3:23-cv-00164-SLG , Boudreau v. Municipality of Anchorage, et al.*
Motion to Replace John Doe Names , Dated: March 12, 2025

Case 3:23-cv-00164-SLG    Document 33    Filed 03/12/25    Page 2 of 3

LEAD ATTORNEY

Linda J. Johnson
Municipality of Anchorage
632 W 6th Avenue, Suite 730
Anchorage, AK 99501
907-343-4545
Fax: 907-343-4550
Email: uslit@muni.org
LEAD ATTORNEY

Jason Anthony Thomas
Municipality of Anchorage
Dept of Law, Civil
PO Box 196650
Anchorage, AK 99519
907-343-4545
Email: jason.thomas@anchorageak.gov

By _____ email or ___✓___ hand delivery, and by electronic means through the ECF system as indicated on the Notice Electronic Filing, this _12th_ d of ay of _March_, 2025.

_____
BRENDA L. BOUDREAU
Pro Se Plaintiff
℅ Mark Blackford
10167 Nantucket Loop
Anchorage, AK 99507
907-351-5581
Bboudreau.legal@gmail.com

Page 3 Of 3
Case No. *3:23-cv-00164-SLG*, Boudreau v. Municipality of Anchorage, et al.
Motion to Replace John Doe Names, Dated: March 12, 2025

Case 3:23-cv-00164-SLG    Document 33    Filed 03/12/25    Page 3 of 3