IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brenda L Boudreau<br><br>Plaintiff,<br><br>V.<br><br>MUNICIPALITY OF ANCHORAGE, TYLER HALL, KADEN POHL, MARVIN E. WEINRICK JR., DUSTIN BOYNTON,<br><br>Defendants. | Case No. 3:23-cv-00164-SLG |

## PROPOSED ORDER GRANTING MOTION TO SUBSTITUTE NAMED DEFENDANTS

This matter having come before the Court on Plaintiff's Motion to Substitute Named Defendants for John Does, and the Court being fully advised in the premises, it is hereby:

ORDERED that Plaintiff's Motion to Substitute Named Defendants for John Does is GRANTED.

IT IS FURTHER ORDERED that:

1. Tyler Hall is substituted for John Doe 1 in all pleadings and court records related to this case.

2. Kaden Pohl is substituted for John Doe 2 in all pleadings and court records related to this case.

Page 1 Of 2
Case No. *3:23-cv-00164-SLG*, *Boudreau v. Municipality of Anchorage, et al.*
Order granting motion to substitute John Doe names , Dated: March 7th 2025

Case 3:23-cv-00164-SLG    Document 33-1    Filed 03/12/25    Page 1 of 2

3. Marvin E. Weinrick Jr. is substituted for John Doe 3 in all pleadings and court records related to this case.

4. Dustin Boynton is substituted for John Doe 4 in all pleadings and court records related to this case.

5. The Clerk of Court is directed to update the docket to reflect these substitutions.

6. Plaintiff shall serve all named defendants with a copy of the Third Amended Complaint and this Order in accordance with the Federal Rules of Civil Procedure.

DATED this _____ day of _____, 2025.


_____

SHARON L. GLEASON

UNITED STATES DISTRICT JUDGE

Page 2 Of 2
Case No. *3:23-cv-00164-SLG* , Boudreau v. Municipality of Anchorage, et al.
Order granting motion to substitute John Doe names , Dated: March 7th 2025

Case 3:23-cv-00164-SLG     Document 33-1     Filed 03/12/25     Page 2 of 2