IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE DISTRICT OF ALASKA

MAR 12 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Brenda L. Boudreau

    Plaintiff,

V.

MUNICIPALITY OF ANCHORAGE, TYLER HALL, KADEN POHL, MARVIN E. WEINRICK JR., DUSTIN BOYNTON,

    Defendants.

Case No. 3:23-cv-00164-SLG

## AFFIDAVIT OF BRENDA L. BOUDREAU

I, Brenda L. Boudreau, being duly sworn, hereby state as follows:

1. I am the Plaintiff in the above-captioned matter and have personal knowledge of the facts stated herein.

2. On February 19, 2023, I was lawfully operating my blue Chevrolet pickup truck in Anchorage, Alaska.

3. At approximately 12:25 a.m., I was stopped by Anchorage Police Department officers without any legitimate probable cause or reasonable suspicion.

4. I recently obtained the Anchorage Police Department's Computer-Aided Dispatch (CAD) report through a public records request on February 23, 2025, which was not previously available to me when filing my earlier complaints.

5. The CAD report conclusively shows that Officer Tyler Hall initiated the stop without probable cause, stating at 00:30:00 that he had "NOTHING OTHER THAN OBS PLATE AND 10-32 REFUSING TO ID."

Page 1 Of 3
*Case No. 3:23-cv-00164-SLG , Boudreau v. Municipality of Anchorage, et al.*
Affidavit to Replace John Does, Dated: March 12, 2025

Case 3:23-cv-00164-SLG   Document 34   Filed 03/12/25   Page 1 of 3

6. Despite the lack of probable cause, multiple officers were immediately deployed to the scene, my vehicle was blocked in, and the situation was unnecessarily escalated.

7. The officers shattered my driver's side window, forcibly removed me from my vehicle, conducted an invasive search, handcuffed me, and impounded my vehicle, all without legal justification.

8. As a result of this unconstitutional stop, I was issued three traffic citations (Case Nos. 3AN-23-03469MO, 3AN-23-03470MO, and 3AN-23-03471MO).

9. I have video evidence documenting the officers' conduct until the moment they broke my window, causing me to drop my phone.

10. Dustin Darden, who was a passenger in my vehicle during the incident, has provided a separate affidavit corroborating my account of the events.

11. As a direct result of the officers' actions, I lost my vehicle, became unemployed, experienced significant emotional and psychological trauma, and was temporarily rendered homeless.

12. I affirm that all allegations in my Third Amended Complaint are true and accurate to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __12__ day of March, 2025.

_____
BRENDA L. BOUDREAU
Pro Se Plaintiff

NOTARY ACKNOWLEDGMENT

On this _____ day of March, 2025, before me personally appeared BRENDA L. BOUDREAU, known to me to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

_____
Notary Public in and for Alaska

My commission expires: _____

Page 2 Of 3
*Case No. 3:23-cv-00164-SLG, Boudreau v. Municipality of Anchorage, et al.*
Affidavit to Replace John Does, Dated: March 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit was served on:

Joseph Forrest Busa
Municipality of Anchorage
632 W 6th Avenue, Suite 730
Anchorage, AK 99501
907-343-4357
Email: joseph.busa@anchorageak.gov
LEAD ATTORNEY

Linda J. Johnson
Municipality of Anchorage
632 W 6th Avenue, Suite 730
Anchorage, AK 99501
907-343-4545
Fax: 907-343-4550
Email: uslit@muni.org
LEAD ATTORNEY

Jason Anthony Thomas
Municipality of Anchorage
Dept of Law, Civil
PO Box 196650
Anchorage, AK 99519
907-343-4545
Email: jason.thomas@anchorageak.gov

By _____ email or ___✓___ hand delivery, and by electronic means through the ECF system as indicated on the Notice of Electronic Filing, this __12__ day of __March__, 2025.

_____
BRENDA L. BOUDREAU
Pro Se Plaintiff
℅ Mark Blackford
10167 Nantucket Loop
Anchorage, AK 99507
907-351-5581
Bboudreau.legal@gmail.com

Page 3 Of 3
Case No. **3:23-cv-00164-SLG**, Boudreau v. Municipality of Anchorage, et al.
Affidavit to Replace John Does, Dated: March 12, 2025

Case 3:23-cv-00164-SLG   Document 34   Filed 03/12/25   Page 3 of 3