# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

BRENDA BOUDREAU,

        Plaintiff,

  v.

MUNICIPALITY OF ANCHORAGE, TYLER HALL, KADEN POHL, MARVIN E. WEINRICK JR., and DUSTIN BOYNTON,

        Defendants.

Case No. 3:23-cv-00164-SLG

## ORDER ON MOTION TO SUBSTITUTE NAMED DEFENDANTS

Before the Court at Docket 33 is Plaintiff Brenda Boudreau's *Motion to Substitute John Does for Named Defendants*. In her motion, Ms. Boudreau states that, through public records requests and further investigation, she has identified the Anchorage Police Department officers who were previously named as defendant John Does 1–4 in this action. Ms. Boudreau moves the Court to substitute the four previously unnamed Defendants with Anchorage Police Department officers Tyler Hall, Kaden Pohl, Marvin E. Weinrick Jr., and Dustin Boynton. Defendant Municipality of Anchorage did not file a response to the motion.

Upon due consideration and in light of the non-opposition to the motion, the Court **GRANTS** the *Motion to Substitute John Does for Named Defendants* at Docket 33 as follows:

1. Tyler Hall is substituted for John Doe 1;

2. Kaden Pohl is substituted for John Doe 2;

3. Marvin E. Weinrick Jr. is substituted for John Doe 3; and

4. Dustin Boynton is substituted for John Doe 4.

The case caption is amended as shown above. Within **seven days of the date of this order**, Plaintiff shall file a Third Amended Complaint that is identical in all respect to the Second Amended Complaint filed at Docket 13, except that it substitutes each of the above-named Defendants in the place of each John Doe Defendants. Plaintiff shall then obtain Court-issued subpoenas for each of these individual Defendants and serve each of these Defendants with a copy of the Third Amended Complaint and the Court-issued summons in accordance with the Federal Rules of Civil Procedure, and file proof of such service **within 60 days of the date of this order.**

DATED this 8th day of April, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00164-SLG, *Boudreau v. Muni. of Anchorage, et al.*
Order on Motion to Substitute Named Defendants
Page 2 of 2
Case 3:23-cv-00164-SLG    Document 36    Filed 04/08/25    Page 2 of 2