IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BRENDA L. BOUDREAU,

Plaintiff,

v.

No. 3:23-cv-00164-~~SGL~~ SLG

MUNICIPALITY OF ANCHORAGE,

Defendant.

Case 3:23-cv-00164-SLG

## AFFIDAVIT OF DUSTIN DARDEN

I, Dustin Darden, being first duly sworn upon oath, depose and state as follows:

1. I am over the age of 18 years, am of sound mind, and am competent to testify to the matters stated herein.

2. I have personal knowledge of the facts stated in this affidavit and could testify competently thereto if called as a witness.

3. On February 19, 2023, I was a passenger in a vehicle operated by Brenda

L. Boudreau in Anchorage, Alaska.

4. An Anchorage Police Department officer in uniform activated emergency lights, including red and blue flashing lights, and initiated a stop of Ms. Boudreau's vehicle.

5. The officer approached and appeared to be inquiring about snow accumulation on the license plate.

6. Based on my direct observation, Ms. Boudreau had not committed any crime, nor was there any indication she was in the process of committing a crime.

7. I advised Ms. Boudreau to ask the officer what crime she had committed that would justify a request for identification documents.

8. When Ms. Boudreau asked what crime she had committed, the officers did not state any crime.

9. Ms. Boudreau verbally provided her name to the officers.

10. I personally witnessed the officers then break the vehicle's window and

forcibly remove Ms. Boudreau from her vehicle while she called for help.

11. When I exited the vehicle in response to Ms. Boudreau's calls for help, I observed broken glass on the ground which created hazardous conditions.

12. Multiple officers commanded me with raised voices to return to the vehicle, which I did out of concern for my safety.

13. Once back in the vehicle, an officer informed me I was not permitted to leave, effectively detaining me without stating any legal basis.

14. The officers later indicated I could drive the vehicle unless I provided my driver's license, which I declined as there was no stated legal basis for the request.

15. Due to my refusal to provide identification without probable cause of a crime, I was required to walk home in winter conditions.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 3rd day of February, 2025.

_Dustin Darden_

DUSTIN DARDEN

SUBSCRIBED AND SWORN to before me this 3rd day of February, 2025.

_Mila N. Bryant_

Notary Public in and for the State of Alaska

Alaska

My Commission Expires: 10/05/27

MILA N. BRYANT
Notary Public
State of Alaska
My Commission Expires Oct 5, 2027