AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)


RECEIVED
MAY 29 2025
CLERK U.S. DISTRICT COURT
ANCHORAGE, AK

Civil Action No. 3:23-CV-00164-SLG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kaden Pohl
was received by me on *(date)* 5-29-25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Melody Peters, who is designated by law to accept service of process on behalf of *(name of organization)* APD Liaison on *(date)* May 29, 2025 ; or 1:11 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

I also tried on May 20 + May 27, 2025

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-29-25

Server's signature

Brenda Lynn Boudreau
Printed name and title
Pro Se

10167 Nahtucket Loop
Server's address

Additional information regarding attempted service, etc: Anch AK 99507