

Civil Action No. 3:23-cv-00164-SLG

MAY 29 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marvin Weinrick Jr

was received by me on *(date)* 5-29-25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Melody Peters , who is
designated by law to accept service of process on behalf of *(name of organization)* API)
liaison on *(date)* May 29, 2025 ; or 1:11 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
I also tried on May 20 + May 27, 2025

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-29-25

_____
Server's signature

Brenda Lynn Boudreau
Printed name and title
Pro Se

101 67 Nantucket Loop
Server's address
Anchorage AK 99507

Additional information regarding attempted service, etc: