Linda J. Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| BRENDA BOUDREAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:23-cv-00164-SLG |

**[PROPOSED] ORDER GRANTING
MOTION TO DISMISS OFFICERS**

The Court having considered the Motion to Dismiss Officer Hall, Officer Pohl, Sgt. Weinrick and Officer Boynton and any response thereto, and being advised in all respects, hereby GRANTS the Officers' Motion to Dismiss dismissing all claims against the Officers.

DATED: _____

_____
Sharon Gleason
United States District Judge

Certificate of Service
The undersigned hereby certifies that on 06/17/2025, a true and correct copy of the foregoing was served on:

Brenda Boudreau
c/o Mark Blackford
10167 Nantucket Loop
Anchorage, AK  99507
bboudreau.legal@gmail.com


by first class regular mail/email, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s *Marie Stafford*
Marie Stafford, Legal Secretary
Municipal Attorney's Office

(Proposed) Order to Motion to Dismiss Officers
*Boudreau, Brenda v MOA - APD*; Case No. 3:23-cv-00164-SLG
Page 2 of 2

Case 3:23-cv-00164-SLG     Document 44-1     Filed 06/17/25     Page 2 of 2