# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA



AUG 13 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | |
|---|---|
| Brenda L. Boudreau,<br>**PLANTIFF PRO SE**<br><br>v.<br><br>DUSTIN BOYNTON, TYLER HALL,<br>KADEN POHL, and<br>MARVIN E. WEINRICK, JR.,<br><br>DEFENDANTS. | Case No: 3:23-cv-00164-MMS |

## MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO DISMISS

**TO THE HONORABLE COURT:**

Plaintiff Brenda L. Boudreau, proceeding pro se, respectfully moves this Court for leave to file the attached Sur-Reply to Defendants' Reply brief in support of their Motion to Dismiss. This Motion is made pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1.

### I. STATEMENT OF RELIEF SOUGHT

Plaintiff requests permission to file a Sur-Reply to address new arguments, factual misrepresentations, and legal errors raised for the first time in Defendants' Reply brief that Plaintiff could not have anticipated or addressed in her initial Opposition.

### II. GROUNDS FOR RELIEF

#### A. Sur-Reply is Necessary to Address New Arguments Raised in Reply

Defendants' Reply brief contains several new arguments and characterizations that were not presented in their initial Motion to Dismiss:

1. New Legal Arguments: Defendants now argue for the first time that Alaska is a mandatory "stop and identify" state, citing cases not mentioned in their initial motion.

2. Factual Misrepresentations: Defendants present a sanitized version of events that directly contradicts video evidence and omits critical facts including sexual assault allegations.

3. Selective Quotation: Defendants mischaracterize Plaintiff's evidence by presenting partial quotes from CAD reports while omitting exculpatory portions.

### B. Fairness and Due Process Require Opportunity to Respond

The purpose of briefing schedules is to ensure fair presentation of arguments. When defendants introduce new legal theories in reply briefs, fundamental fairness requires allowing the opposing party to respond. See Ass'n of Flight Attendants-CWA v. Horizon Air Indus., 976 F.2d 541, 544 (9th Cir. 1992).

### C. Constitutional Issues of Significant Import

This case involves serious constitutional violations including:
- Excessive force under the Fourth Amendment
- Sexual assault under color of law
- Systematic deprivation of due process rights
- RICO violations involving systematic harassment

The gravity of these constitutional issues warrants full briefing to ensure proper consideration by the Court.

### D. Pro Se Status Warrants Liberal Construction

As the Supreme Court has held, pro se pleadings must be held to less stringent standards than formal pleadings drafted by lawyers. Haines v. Kerner, 404 U.S. 519, 520 (1972). This principle extends to briefing practices, particularly where defendants have introduced new arguments that could not have been anticipated.

### III. THE PROPOSED SUR-REPLY ADDRESSES PROPER SUBJECTS

The attached Sur-Reply addresses only:

1. Factual corrections to material misrepresentations in Defendants' Reply

2. Responses to new legal arguments raised for the first time in Reply

3. Constitutional law analysis that directly refutes Defendants' newly-raised defenses

4. Pattern evidence that Defendants attempted to minimize or omit entirely

The Sur-Reply does not raise new claims or arguments, but rather responds directly to matters first raised by Defendants in their Reply brief.

### IV. JUDICIAL EFFICIENCY SUPPORTS GRANTING LEAVE

Allowing the Sur-Reply will promote judicial efficiency by:
- Ensuring complete factual record before ruling
- Addressing legal arguments fully in briefing rather than requiring additional motions - Preventing need for evidentiary hearing on disputed facts
- Allowing Court to make informed decision on serious constitutional claims

### V. NO PREJUDICE TO DEFENDANTS

Granting this Motion will not prejudice Defendants because:
- The Sur-Reply responds only to arguments Defendants chose to raise
- No new discovery or additional time requirements imposed
- Defendants had opportunity to present complete arguments in their initial motion - Constitutional violations alleged are serious and warrant full consideration

### VI. CONCLUSION

The interests of justice, fairness, and due process support granting leave to file the proposed Sur-Reply. Defendants' Reply brief introduced new arguments and mischaracterized evidence in ways that require response. Given the serious constitutional violations alleged and Plaintiff's pro se status, this Court should grant leave to ensure complete briefing on these important issues.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **GRANT** this Motion for Leave to File Sur-Reply;
2. **ACCEPT** the attached Sur-Reply for filing; and
3. **CONSIDER** the Sur-Reply in ruling on Defendants' Motion to Dismiss.

Respectfully submitted,

Brenda L. Boudreau
Pro Se Plaintiff
C/O Mark Blackford
10167 Nantucket Loop
Anchorage, AK 99507
(907) 312-3823
Bboudreau.legal@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system, which automatically sends notice to all counsel of record, including:

- **Linda J. Johnson**
  Municipality of Anchorage
  632 W. 6th Avenue, Suite 730
  Anchorage, AK 99501
  Email: uslit@muni.org
- **Jason Anthony Thomas**
  Municipality of Anchorage, Dept. of Law, Civil
  PO Box 196650
  Anchorage, AK 99519
  Email: jason.thomas@anchorageak.gov
- **Joseph Forrest Busa**
  Municipality of Anchorage
  632 W. 6th Avenue, Suite 730
  Anchorage, AK 99501
  Email: joseph.busa@anchorageak.gov