Linda J. Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA BOUDREAU,<br><br>      Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00164-SLG |

**OPPOSITION TO MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO OPPOSITION TO MOTION TO DISMISS**

Defendants Sgt. Marvin Weinrick, Jr, Officer Christopher Tyler Hall, Officer Kaden Pohl, and Officer Dustin Boynton oppose Plaintiff Brenda Boudreau's motion for leave to file a sur-reply. The sur-reply, which was attached to Document 49, would not provide the Court with any material argument that would aid its decision. Boudreau merely re-hashed the same issues she wrote in her initial Opposition to the Motion to Dismiss. Local Civil Rule 7.1(d) permits supplemental briefing only in certain circumstances. Boudreau's proposed sur-reply does not fit into the enumerated categories

of Local Rule 7.1(c) – she did not cite new legal authority, or supplement factual material for good cause.

Boudreau's desire to provide more argument is not within the scope of the Local Rules and Defendants request that her motion be denied.

Respectfully submitted this 20th day of August, 2025.

                              EVA R. GARDNER
                              Municipal Attorney

                        By: *s/ Linda Johnson*
                              Assistant Municipal Attorney
                              P.O. Box 196650
                              Anchorage, Alaska 99519-6650
                              Phone: (907) 343-4545
                              E-mail: uslit@muni.org
                              Alaska Bar No. 8911070

<u>Certificate of Service</u>
The undersigned hereby certifies that on August 20, 2025, a true and correct copy of the foregoing was served on:

Brenda Boudreau
c/o Mark Blackford
10167 Nantucket Loop
Anchorage, AK  99507
bboudreau.legal@gmail.com

by first class regular mail/email, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/Megan Fairchild*
Megan Fairchild
Legal Secretary
Municipal Attorney's Office

Opp. to Motion for Leave to file Sur-Reply
*Boudreau, Brenda v MOA - APD*; Case No. 3:23-cv-00164-SLG
Page 2 of 2

Case 3:23-cv-00164-MMS   Document 50   Filed 08/20/25   Page 2 of 2