UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| BRENDA L. BOUDREAU <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) | Civil Action No. 3:23-cv-00164-MMS |
| MUNICIPALITY OF ANCHORAGE et al. <br> *Defendant* | ) <br> ) <br> ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Motion to Dismiss at Docket 44 is GRANTED.  the claims against the Defendants Sgt. Marvin Weinrick, Jr, Officer Christopher Tyler Hall, Officer Kaden Pohl, and Officer Dustin Boynton are **DISMISSED with prejudice.**

APPROVED:

**s/Matthew M. Scoble**
Matthew M. Scoble
United States Magistrate Judge

Date: August 27, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*